No. 86–6505.   REDFERN *v.* TEXAS.   Ct. App. Tex., 3d Dist. Certiorari denied.

No. 86–6524.   CRUTCHFIELD *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir. Certiorari denied.

No. 86–6565.   FELTON *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 86–6587.   TOSCH *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 86–6598.   LANGFORD *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 86–6631.   THIBODEAUX *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 86–6633.   TOWLES *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 86–6788.   MACK *v.* CHICAGO ALLIED WAREHOUSES, INC., ET AL.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 86–6797.   BAKER *v.* WASHINGTON.   Sup. Ct. Wash.   Certiorari denied.

No. 86–6798.   JONES *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 86–6802.   LINDER *v.* LINDER.   Ct. App. Tex., 5th Dist. Certiorari denied.

No. 86–6803.   FAHEY *v.* JAMES E. BECKLEY & ASSOCIATES. C. A. 7th Cir.   Certiorari denied.

No. 86–6805.   SIMPSON *v.* BOWERS ET AL.   C. A. 8th Cir. Certiorari denied.

No. 86–6806.   FRANSAW *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.